IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KENNETH THOMAS, on behalf of himself and all others similarly situated, | ) | |
| Plaintiff, | ) | Case No.: 3:26-cv-01193-SJF |
| v. | ) | |
| QUALITY DINING, INC., | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant, Quality Dining, Inc., pursuant to S.D. Ind. L. R. 6.1(a), files its Motion for Extension of Time in which to answer or otherwise respond to the Plaintiff's Complaint. In support thereof, Defendant states:

1. This action was removed by Defendant by filing a Notice of Removal on August 12, 2026. The action was initiated by the filing of a Complaint against Defendant in the Superior Court of St. Jospeh County on July 8, 2026.

2. Prior to filing the Notice of Removal, counsel for Defendant obtained an initial extension of time of thirty (30) days in which to answer or otherwise respond to the Complaint to and including September 8, 2026.

3. Pursuant to Federal Rule of Civil Procedure 81(c), in a removed action in which a defendant has not answered, the defendant shall answer or present other available defenses or objections within twenty-one (21) days after the receipt through service or otherwise of a copy of the initial pleading setting forth the claim for relief, or within twenty-one (21) days after the

service of summons upon such initial pleading, then filed, or within seven (7) days after the filing of the Notice of for Removal, which ever period is longest.

4. Under this rule, despite the prior extension of time granted in State Court, there is an argument that Defendant's answer or other response to the Plaintiff's Complaint is due on August 19, 2026.

5. On August 18, 2026, the undersigned counsel for Defendant contacted Plaintiff's counsel via email to see if Plaintiff objected to this request, and was advised that Plaintiff did not object.

6. Pursuant to this extension of time, Defendant's answer or other response to the Plaintiff's Complaint will be due on the same day it was due in State Court, September 8, 2026.

WHEREFORE, Defendant respectfully requests that it be allowed to and including September 8, 2026, to file an Answer or other response to the Complaint.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By *s/ John B. Drummy*
John B. Drummy, ID No. 4824-49
Christopher R. Moon, ID No. 36524-45
Ashley N. Canan, ID No. 36788-49
*Attorneys for Defendant Quality Dining, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2026, a copy of the foregoing was served on the following via the court's e-filing system, electronic mail and/or First Class Mail:

Lynn A. Toops
Amina A. Thomas
Jack O. Pitchford
CohenMalad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
athomas@cohenmalad.com
jpitchford@cohenmalad.com
*Attorneys for Plaintiff and the Proposed Class*

*s/ John B. Drummy*
John B. Drummy

KIGHTLINGER & GRAY, LLP
225 S. East Street, Suite 220
Indianapolis, IN 46202
(317) 638-4521
jdrummy@k-glaw.com
cmoon@k-glaw.com
acanan@k-glaw.com